CLOSED

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:05-mc-00006-JEI
### Internal Use Only

TIG Insurance Co., et al v. Combustion Engineer, et al
Assigned to: Honorable Joseph E. Irenas
Demand: $0
Case in other court: USBK/DE, 03-10495JFK
　　　　　　　　　　USDC/DE, 04cv1550Irenas
　　　　　　　　　　USBK/DE, ADV03-53076 JFK
Cause: 28:0158 Bankruptcy Appeal from Judgment/Order

Date Filed: 01/12/2005
Jury Demand: None
Nature of Suit: 422 Bankruptcy Appeal (801)
Jurisdiction: Federal Question

**Debtor**

**Combustion Engineering Inc.**

**Plaintiff**

**TIG Insurance Co.**
*as successor by merger to International Insurance Company*

represented by **Brian Lucian Kasprzak**
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street
Suite 800
Wilmington, DE 19801
(302) 658-6538
Email: bkasprzak@mooclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**North River Ins Co.**

represented by **Brian Lucian Kasprzak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Combustion Engineering Inc.**

represented by **Curtis A. Hehn**
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705
(302) 652-4100
Email: chehn@pszyjw.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Basic Inc.     represented by   **Curtis A. Hehn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/25/2004 | | Deadline updated; Motion Hearing set for 10:30 2/24/05 for [1-1] motion for Leave to Appeal ; hearing to be hled in Courtroom #1 at U.S.D.C., Camden, NJ before Judge Irenas. (bkb) (Entered: 02/10/2005) |
| 01/12/2005 | 1 | MOTION by TIG Insurance Co., North River Ins Co. for Leave to Appeal Answer Brief due 1/26/05 [SEALED] (filed in USBK/DE on 7/30/04) (exit JEI) (mwm) (Entered: 01/12/2005) |
| 01/12/2005 | 2 | Answer by Combustion Engineer, Basic Inc. to [1-1] motion for Leave to Appeal [SEALED] (filed in USBK/DE on 8/9/04) (exit JEI) (mwm) (Entered: 01/12/2005) |
| 01/12/2005 | 3 | MOTION by TIG Insurance Co., North River Ins Co. for Leave to File Reply Brief in Support re: [1-1] motion for Leave to Appeal [SEALED] (filed in USBK/DE on 8/25/04) (exit JEI) (mwm) (Entered: 01/12/2005) |
| 01/12/2005 | 4 | Reply Brief Filed by TIG Insurance Co., North River Ins Co. in Support of [1-1] motion for Leave to Appeal [SEALED] (filed USBK/DE on 8/19/04) (exit JEI) (mwm) (Entered: 01/12/2005) |
| 01/20/2005 | 5 | Letter from Bankruptcy Court, with copy of transmittal sheet attached, regarding filing of sealed document (DI 98) from Bankruptcy Court Case No. 03-10495 (JKF) [filed in USDC at DI 6]. (bkb) Modified on 01/25/2005 (Entered: 01/25/2005) |
| 01/20/2005 | 6 | Answer Brief---SEALED---filed by Combustion Engineer, Basic Inc. [1-1] motion for Leave to Appeal (transmitted to USDC from BK Court; filed in BK Court as DI 98 in Case No. 03-10495) - Reply Brief due 1/27/05 (bkb) Modified on 01/26/2005 (Entered: 01/25/2005) |
| 01/25/2005 | | Status tele-conference held with Judge Irenas; oral argument on plaintiffs' motion for leave to appeal is sched. for 2/24/05 at 10:30 in Courtroom 1, U.S.D.C., Camden, NJ;(Court Reporter Frank Gable). (bkb) (Entered: 02/10/2005) |
| 01/26/2005 | | original of DI 6 sent to chambers; there is no file copy. (bkb) (Entered: 01/26/2005) |
| 02/24/2005 | ● | Minute Entry for proceedings held before Judge Joseph E. Irenas : Motion Hearing held on 2/24/2005 re [1] Motion for Leave to Appeal filed by North River Ins Co., TIG Insurance Co., and application by |

| | | |
|---|---|---|
| | | appellants to seal court transcripts of 2/24/05 hearing(s); Motion and application are GRANTED. (Court Reporter Theodore Formarli, CSR.) (bkb, ) (Entered: 03/02/2005) |
| 02/28/2005 | 7 | ORDER granting [1] Motion for Leave to Appeal; the Clerk is directed to close this matter. . Signed by Judge Joseph E. Irenas on 2/28/05. (bkb, ) (Entered: 02/28/2005) |
| 03/01/2005 | | ***Set/Clear Flags (bkb, ) (Entered: 03/01/2005) |
| 03/01/2005 | 8 | Letter to Mr. Blackwell (Deputy Clerk-USDC, DE) from Denise S. Howard, Deputy Clerk (USDC-NJ) regarding minute sheet for proceeding before Judge Irenas. (bkb, ) (Entered: 03/02/2005) |