
ORIGINAL

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

6/26/03

Curtis A. Hehn
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705
(302) 652-4100
Email: chehn@pszyjw.com

RE: TIG Insurance Co., et al v. Combustion Engineer, et al
    MC No.: 05-06 SLR

Dear Counsel:

Pursuant to the Order entered on 6/20/06 by the Honorable Chief Judge Sue L. Robinson, the following documents are herewith being returned to you:

ITEM #: 2.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _E. Shickler_

I hereby acknowledge receipt of the above mentioned documents on __6/27/06__ .

_____
Signature