

OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

6/27/06

Brian Lucian Kasprzak
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street
Suite 800
Wilmington, DE 19801
(302) 658-6538
Email: bkasprzak@mooclaw.com

    RE:  TIG Insurance Co., et al v. Combustion Engineer, et al
         MC No.: 05-06 JEI

Dear Counsel:

    Pursuant to the Order entered on 6/20/06 by the Honorable Chief Judge Sue L. Robinson, the following documents are herewith being returned to you:

ITEMS:    1, 3, & 4.

    A copy of the signed acknowledgment has been attached for your records.

                                     Sincerely,

                                     Peter T. Dalleo, Clerk

                                   By: _Evette Walsh_ (signature)

    I hereby acknowledge receipt of the above mentioned documents on   JUL 0 6 2006  .

                                  _(signature)_
                                  Signature